IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:15cr69/MCR

WILLIAM R. LUCAS

_____/

## NOTICE OF ENHANCEMENT INFORMATION

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files this enhancement information pursuant to Title 21, United States Code, Sections 841 and 851, and informs the Court that the Defendant is subject to the increased penalty provisions under the aforesaid, because of previous convictions, and in support thereof alleges the following:

a. On or about January 15, 2015, **WILLIAM R. LUCAS** was convicted in the state of Florida of Trafficking in Methamphetamine (see attached).

WHEREFORE, notice is hereby given of the intention of the United States to invoke the increased penalty provisions under Title 21, United States Code, Sections 841 and 851, against this Defendant because of his prior felony conviction as outlined above.

I HEREBY CERTIFY that the foregoing is true and correct to the best of my knowledge and belief.

          Respectfully submitted,

          CHRISTOPHER P. CANOVA
          Acting United States Attorney

          /s/ *David L. Goldberg*
          DAVID L. GOLDBERG
          Member of the Maryland Bar
          21 East Garden Street, Suite 400
          Pensacola, FL 32502
          Phone: (850) 444-4000
          E-mail: **David.Goldberg@usdoj.gov**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I hand filed the foregoing document with the Clerk of the Court to be posted using CM/ECF on December 7, 2015.

          /s/ *David L. Goldberg*
          DAVID L. GOLDBERG
          Assistant United States Attorney

Official Records Citrus County, FL, Angela Vick, Clerk of the Circuit Court & Comptroller
#2015003802 BK: 2668 PG: 527 1/28/2015 11:49 AM 1 Receipt: 2015003391

Case 3:15-cr-00069-TKW-EMT   Document 23   Filed 12/07/15   Page 3 of 5

# IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR CITRUS COUNTY, FLORIDA

## JUDGMENT

**CASE #: 2014 CF 000383 A**

| PROBATION VIOLATOR | ☐ | RETRIAL | ☐ |
| COMMUNITY CONTROL VIOLATOR | ☐ | RESENTENCE | ☐ |

### THE STATE OF FLORIDA VS WILLIAM RICHARD LUCAS

**PLAINTIFF**                          **DEFENDANT**

The Defendant, WILLIAM RICHARD LUCAS being personally before this court represented by, J MICHAEL BLACKSTONE ESQ,
His/Her attorney of record, and having

☐ Been tried and found guilty          ☐ Entered a plea of guilty

☒ Entered a plea of nolo contendre     ☐ Admitted violation

to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE # | DEGREE OF CRIME | OBTS # | CASE # |
|---|---|---|---|---|---|
| 1 | TRAFFICKING IN METHAMPHETAMINE | 893.135(1)(F) 893.03(2)(C) | F1 | 0901078479 | 2014 CF 000383 A |
| 2 | POSSESSION OF PARAPHERNALIA | 893.145 893.147 | M1 | 0901078479 | 2014 CF 000383 A |

CERTIFIED TO BE A TRUE COPY
ANGELA VICK
CLERK OF THE CIRCUIT COURT
AND COMPTROLLER
BY _____ D.C.
THIS 21 DAY OF May 20 15

PAGE 1 OF 3

Official Records Citrus County, FL - Angela Vick- Clerk of the Circuit Court & Comptroller
#2015003802 BK: 2668 PG: 528 1/28/2015 11:49 AM 2 Receipt: 2015003391

Case 3:15-cr-00069-TKW-EMT   Document 23   Filed 12/07/15   Page 4 of 5

William Lucas
14 CF 383

__X__ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

_____ and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch. 461), lewd and lascivious conduct (ch. 800), or murder (s. 782.04), aggravated battery (s. 784.045), carjacking (s. 812.133), or home invasion robbery (s. 812.135), or any other offense specified in sections 943.325, the defendant shall be required to submit two specimens of blood or other biological specimens approved by the Department of law Enforcement to a Department of Law Enforcement designated testing facility as directed by the department.

_____ and with good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

DONE AND ORDERED in open court in Citrus County, Florida, this 15 day of Jan. 2015

_____
Circuit Judge

2 of 3

JAN 15'15 12:00PM

Official Records Citrus County, FL, Angela Vick, Clerk Of The Circuit Court & Comptroller
#2015003802 BK: 2668 PG: 529 1/28/2015 11:49 AM 3 Receipt: 2015003391

Case 3:15-cr-00069-TRW-EMT   Document 23   Filed 12/07/15   Page 5 of 5

Defendant: William Lucas

Case No.: 14CF383

SS #: ███████████

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _Bobby Staley_ Name   _Deputy_ Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the Defendant _William Lucas_ and that they were placed thereon by the said Defendant in my presence in Open Court this date.

DONE AND ORDERED in Open Court in Citrus County, Florida this _15_ day of _January_, 20_15_.

CIRCUIT COURT JUDGE

PAGE _3_ OF _3_

JAN 15 '15 12:00PM