IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

    v.           Case No.    3:15cr69/MCR

WILLIAM RICHARD LUCAS,
    Defendant.

# SENTENCING MEMORANDUM

**COMES NOW,** WILLIAM RICHARD LUCAS, the Defendant, by and through his undersigned attorney, to file a sentencing memorandum with attachments.

1.    The Defendant, William R. Lucas, is forty-seven years of age. He served honorably for more than 26 years in the United States Army. He served conscientiously during the entirety of our middle-east conflicts from Operation Desert Storm through our continuing war efforts in Afghanistan. As a direct result of repeatedly going in harm's way, he today suffers from significant physical and mental health problems acquired rendering service to our country. Prior to 2013, he had no criminal history. Given these circumstances, the minimum sentence allowed by law would be "sufficient, but not greater than necessary," to comply with the goals of sentencing set forth in 18 U.S.C. § 3553(a)(2).

2.    A statement to the Court written solely by the Defendant is submitted as an attachment.

-2-

*United States v. William Richard Lucas,*
Case No. 3:15cr69/MCR

3. Several character reference letters written by those who know the Defendant best are also submitted to the Court as attachments.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing is being provided electronically to DAVID GOLDBERG, Asst. U.S. Attorney, and DONNA GARRISON, U.S. Probation, this  15th  day of May, 2016.

Respectfully,

**CLINTON A. COUCH, P.A.**

*Clinton A. Couch*

CLINTON A. COUCH
Attorney for the Defendant
Florida Bar No. 898181
317 North Spring Street
Pensacola, Florida 32501-4827
(850) 432-3245