William R. Lucas Jr.
1023 Bonita Drive
Pensacola, FL 32507

April 23, 2016

The Honorable M Casey Rodgers
Judge of the United States District Court
100 North Palafox St.
Pensacola, Florida 32502

Dear Judge Rodgers,

I'm writing to you today prior to my sentencing on May 18th of 2016 to humbly ask for leniency in sentencing and that your sentence be merciful. The crime I committed with conspiracy to distribute crystal methamphetamines. I do not deny that I committed the offence that I'm charged with however, I hope to provide in this letter what led me to act against the law and attempt to show that even though I did commit this crime I'm not a bad person and that I am truly remorseful for my actions.

In August 2013, two years prior to my rest I retired from the United States Army after serving 26 years and receiving an honorable discharge. During my time in the military I assisted in the exchange of Manuel Noriega from US Army to US Marshal hands. I have served in peacekeeping forces in Bosnia and Croatia and provided humanitarian aid during Hurricane Mitch. I also volunteered and went to provide humanitarian relief in Nicaragua and Honduras after these countries were severely flooded. I served in Operation Desert Storm in Iraq, Operation Desert Shield in Iraq and later in my career I served two additional tours in Iraq for Operation Iraqi Freedom. I concluded my military career in the Army as the operations Non-Commissioned Officer for the Western Regional Medical command. Where as an additional duty I served as ASAP, Army Substance Abuse Program coordinator where I monitored various controlled drug programs and provided drug and alcohol counseling for young soldiers.

I have always been active in my community. I have received awards for volunteering in excess of 2,000 hours over a three year period. The children I spent my volunteer time with were those

of US service members with the Seventh Fleet Forward in Japan. I have also volunteered in the civilian sector by volunteering at Habitat for Humanity in the Columbia, South Carolina and Pensacola, Florida communities. I also have been an advocate for the homeless and volunteered at soup kitchens.

During my incarceration of the last 10 months I have lost my father of 30 years to cancer. My father had been the sole provider/caretaker for my mother. Since his death my mother who is currently fighting breast cancer has had no immediate family to provide her daily care. My wife of 28 years is currently attempting to provide care for my mother while at the same time fighting her own bipolar depression. Unfortunately, I am the only family member my mother has. With one son who has joined the Navy and my other sons about to join the military, the full weight of my mother and wife's ~~careful~~ CARE will fall on me.

Your honor, my whole life I have been a law-abiding citizen, a family man who has raised two upstanding men, a counselor, a leader of soldiers and in some people's opinions a hero. Being that I have served my country and community with all that I am I hope you see that I am not a bad guy. I'm just a man who stumbled when I retired; I tried and got addicted to a horrible drug. A man who's addiction added to the making of the biggest mistake of his life. I write this letter to you clean and sober with no intentions of using any drugs for the remainder of my life. I beg of you please consider my letter when you hand down your sentence. Only you have the ability to give me and my family a second chance A chance I will never forget and use it to better not only mine and my family's life but that of others who are not as fortunate to have a second chance I hope that you may agree with my belief that I can use my training and education by engaging and community service or other alternate sentencing. Thank you for taking the time to consider my request.

Respectfully,

William R. Lucas Jr.