# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 12:45 pm  
Time Concluded: 1:20 pm

Case No. 3:15cr69-MCR  
Date May 18, 2016

PROCEEDINGS: **Sentencing Hearing**

Sentence imposed as to Counts 1 & 2: Custody of BOP for 240 months; supervised release for 10 years; fine waived, and SMA of $200 (due immediately). Dft remanded to custody of U.S. Marshal. SEE FORMAL JUDGMENT.

PRESENT:     HONORABLE.   **M. Casey Rodgers**, CHIEF JUDGE

| Donna Garrison | Susan Simms | Donna Boland | David Goldberg |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)  

ATTORNEYS FOR DEFENDANT

(1)  **William R. Lucas**  
✔ present  ✔ custody  ___ bond  ___ O/R

(1)  Clinton Couch  
✔ present  ___ apptd.  ✔ retained

✔  DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

___  Objections were made to the PSR.

___  Notice of Enhancement filed       ___  Court Question defendant about prior conviction

✔  DEFENDANT ADJUDICATED GUILTY OF COUNT(S):  1 & 2 ; SENTENCE IMPOSED:

✔  DFT remanded to custody of Bureau of Prisons  
on count(s):  1  imprisonment for a term of  240  months  
                 2  imprisonment for a term of  96  months

with said sentences to run  ✔  concurrently and to run concurrently to the yet to be imposed sentence in Escambia County Circuit Court DKT #2015-CF-1204.

✔  Additional recommendation:  
  ✔ Residential Drug Abuse Program (RDAP) while in custody of BOP  
  ✔ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program  
  ✔ Dft identified as needing substance abuse treatment both during incarceration and at a reentry center  
  ___ Complete GED classes  
  ___ Mental Health Treatment while in the custody of BOP  
  ___ Intensive Confinement Center (ICC)  
  ___ Federal Medical Center (FMC) due to health of defendant  
  ✔ Other:  Cognitive Behavioral Therapy programming; Special Programing for Veterans including therapy specifically related to PTSD for service related incidents.

✔  FINE PAYMENT:  ✔ Fine waived; ___ Fine of $_____; ✔ SMA OF $ 200 due immediately

___  Dft is liable for restitution of:  
$_____ made payable to _____

___  DFT is jointly and severally liable for restitution with _____

**SENTENCING MINUTES CONTINUED**                                                                                           **PAGE 2**

- ✔ S/R or PROBATION.          Dft is under:
    - ✔ Supervised Release upon completion of term of imprisonment for a total period of __10__ years.
      [10 years as to Count 1; 1 year as to Count 2]
    - ___ Probation for a period of ____ years .
    - ___ Home Detention of ____ months w/ following conditions: _____.

  With the following special conditions or modifications:
    - ___ DFT to be deported upon release from BOP
    - ___ DFT shall cooperate with the US Probation Officer and the Dept. of Homeland Security regarding Immigration status. If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
    - ___ DFT shall not own or possess a firearm, dangerous weapon or destructive device.
    - ✔ DFT shall submit to: ✔ testing for the use of drugs or alcohol to excess;
        - ✔ DFT shall participate in a program of substance abuse treatment, which may include participation in a Cognitive Behavioral Therapy program;
    - ✔ DFT shall participate in a program of mental health treatment.
    - ___ DFT shall provide requested financial information to the U.S. Probation Officer.
    - ___ DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
    - ___ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
    - ___ Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
    - ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.
    - ___ DFT shall not open new lines of credit or incur new credit charges without approval of probation officer or until restitution is satisfied.
    - ___ DFT shall not transfer or dispose of any assets without approval of probation officer or until restitution is satisfied.
    - ✔ ADDITIONAL TERMS: __DFT is subject to USPO search conditions.__ .

- ✔ CUSTODY STATUS
    - ✔ DFT committed to the custody of the U.S. Department of Justice.
    - ___ DFT to surrender to USMS at _____ or designated institution at his/her own expense no later than _____ on _____.
    - ___ DFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows: _____.
    - ___ DFT is released after meeting with Probation Officer.

- ___ Remaining count(s) _____ is/are dismissed on government motion.

- ✔ Court informs Dft of right to appeal.
    - ___ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

- ✔ Court recommends place of incarceration at or near __FPC Pensacola, FL, for regular visitation of family. [Note: There is no firearm issue in this case.]__ .
- ✔ DFT addresses the Court.
- ✔ NO FORFEITURE          ___ FINAL ORDER OF FORFEITURE entered.

                                                                                        **Filed in Open Court**

                                                                                        __5-18-2016__
                                                                                        **Initials of Deputy Clerk** _sps_