UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case Nos.: 3:15cr69/TKW/EMT
 3:17cv389/TKW/EMT

**WILLIAM R. LUCAS,**

**Defendant.**
_____/

# ORDER

This case is before the Court based on the magistrate judge's report and recommendation (Doc. 122) and Defendant's objections (Doc. 123). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge's determination that the claims in Defendant's §2255 motion are refuted by the plea colloquy. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to vacate, set aside, or correct his sentence (Doc. 111) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 9th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**