UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:15cr69-TKW/EMT
     3:17cv389-TKW/EMT

WILLIAM R. LUCAS

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the defendant, WILLIAM R. LUCAS' motion to vacate, set aside, or correct sentence is DENIED.

March 9, 2020   JESSICA J. LYUBLANOVITS
DATE            CLERK OF COURT

s/ Paula Cawby
Deputy Clerk